AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 12:53 pm, Dec 18, 2020

CRAIG LAMAR ELKINS,

Movant,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV218-10/CR215-22

UNITED STATES OF AMERICA,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 16th day of December 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Respondent's Motion to Dismiss is GRANTED and Elkins § 2255 Motion is DENIED. Petitioner is DENIED a Certificate of Appealability and in forma pauperis status on appeal. This case stands CLOSED.

Approved by:
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: December 18, 2020

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk



GAS Rev 10/2020